**Jean FITCHETT, Petitioner**

v.

**WORKERS' COMPENSATION APPEAL BOARD (SCHOOL DISTRICT OF PHILADELPHIA), Respondent.**

Supreme Court of Pennsylvania.

Dec. 4, 2013.

***ORDER***

PER CURIAM.

**AND NOW,** this 4th day of December, 2013, the Petition for Allowance of Appeal is hereby **GRANTED, LIMITED TO** petitioner's first issue concerning the appropriate evidentiary standard to apply to her receipt of retirement benefits in determining voluntary retirement from the workforce. The order of the Commonwealth Court is **VACATED** as to this issue, and the case is **REMANDED** to the Commonwealth Court for reconsideration in light of our decision in *City of Pittsburgh v. WCAB (Robinson)*, —— Pa. ——, 67 A.3d 1194, 1209 (2013) ("There is no presumption of retirement arising from the fact that a claimant seeks or accepts a pension . . .; rather, the worker's acceptance of a pension entitles the employer only to a permissive inference that the claimant has retired."). Allocatur is denied as to all other issues.

Jurisdiction relinquished.